■ SHIRLEY A. MITCHELL, Respondent, v. JOHN M. MITCHELL, Appellant. — Order of the Supreme Court, Orange County, dated January 2, 1968, affirmed, without costs. (Cf. *Gelbman* v. *Gelbman*, 23 N Y 2d 434.) Brennan, Acting P. J., Rabin, Hopkins, Benjamin and Munder, JJ., concur.